IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA HARRIS,

    Plaintiff,                                                                     Case No. 8:19-cv-762

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendants.

_____/

## COMPLAINT

The Plaintiff, Debra Harris ("Plaintiff"), hereby sues the Defendant, Midland Credit Management, Inc. ("Midland"), and alleges:

### *Parties, Jurisdiction and Venue*

1. Plaintiff is an individual and a resident of Pinellas County, Florida.

2. Midland is a foreign corporation with its principal place of business in San Diego, California.

3. This is an action brought pursuant to 15 U.S.C. 1692k. Accordingly, this Court has jurisdiction over this action under 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United States.

4. This Court has supplemental jurisdiction over the state law claim in this action under 28 U.S.C. § 1367 because the state law claim is so related to the claim over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the U.S. Constitution.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this district.

6. All conditions precedent to bringing this action have occurred, been performed, or have been waived.

## *Common Facts*

7. Midland called the Plaintiff 7-8 times per day for more than a month in an attempt to collect a debt that Plaintiff incurred for personal purposes.

8. In conversations with Midland, Plaintiff repeatedly demanded that Midland cease calling her, but Midland continued to call her.

9. In numerous instances, Midland called Plaintiff 7-8 times in a matter of minutes.

10. Midland directed the above-described phone calls to Plaintiff in the Middle District of Florida, and Plaintiff received the calls in the Middle District of Florida.

**COUNT I – VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

11. Plaintiff incorporates and realleges paragraphs 1 through 10 as if stated fully herein.

12. The Midland constituted a violation of 15 U.S.C. § 1692d.

13. As a direct and proximate result of the wrongful conduct of Midland, Plaintiff has suffered actual damages, including mental anguish, embarrassment, loss of time, and financial harm.

WHEREFORE, the Plaintiff, Debra Harris, hereby demands judgment against the Defendant, Midland Credit Management, Inc., for actual damages, statutory damages in the

amount of $1,000.00, court costs, reasonable attorney's fees, injunctive relief, and any other further relief this Court deems just and proper.

## COUNT II – VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

14. Plaintiff incorporates and realleges paragraphs 1 through 10 as if stated fully herein.

15. The conduct of Midland constituted a violation of Section 559.72(7), *Florida Statutes*.

16. As a direct and proximate result of the conduct of Midland, Plaintiff has suffered actual damages, including mental anguish, embarrassment, loss of time, and financial harm.

WHEREFORE, the Plaintiff, Debra Harris, hereby demands judgment against the Defendant, Midland Credit Management, Inc., for actual damages, statutory damages in the amount of $1,000.00, court costs, reasonable attorney's fees, injunctive relief, and any other further relief this Court deems just and proper.

### *Demand for Attorney's Fees & Costs*

Pursuant to 15 U.S.C. § 1692k(a)(3) and Section 559.77(2), *Florida Statutes*, Plaintiff Debra Harris hereby demands an award of the attorney's fees and costs incurred in this matter.

### *Demand for Jury Trial*

Plaintiff Debra Harris hereby demands a jury trial on all claims asserted in this Complaint and otherwise later asserted in this lawsuit.

DATED: March 28, 2019.                    Respectfully submitted,

/s/ Joshua A. Mize
**Joshua A. Mize, Esq.**
Florida Bar No. 86163
**MIZE LAW, PLLC**

110 Front Street, Suite 300
Jupiter, FL 33477
Phone: (407) 913-6800
Fax: (407) 604-7410
Email: jmize@mize.law

*Attorney for the Plaintiff,*
*Debra Harris*