IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DEBRA HARRIS,**

        **Plaintiff**

  v.

**MIDLAND CREDIT MANAGEMENT, INC.**

        **Defendant.**

                                   /

CASE NO.: 8:19-cv-00762-SCB-TGW

## DEFENDANT MIDLAND CRDIT MANAGEMENT INC.'S ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Midland Credit Management, Inc ("MCM") respectfully submits this Answer with Affirmative Defenses to Plaintiff's Complaint.

### *Parties, Jurisdiction and Venue*

1. Admitted upon information and belief.

2. MCM admits it has a place of business in San Diego, California. MCM denies the remaining allegations in this paragraph.

3. MCM does not contest jurisdiction in this case at this time.

4. MCM denies the allegations in this paragraph.

5. MCM does not contest venue in this case.

6. MCM denies the allegations in this paragraph.

### *Common Facts*

7. MCM denies the allegations in this paragraph.

8. MCM denies the allegations in this paragraph.

1

9. MCM denies the allegations in this paragraph.

10. MCM denies the allegations in this paragraph.

**COUNT I- VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

11. Paragraphs 1 through 10 of this Answer are hereby incorporated by reference as though more fully set forth herein.

12. MCM denies the allegations in this paragraph.

13. MCM denies the allegations in this paragraph.

WHEREFORE, Defendant Midland Credit Management, Inc. respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiff; dismiss Plaintiff's Complaint with prejudice; and further award all such other relief, including attorney's fees and costs, as is just and appropriate.

**COUNT I- VIOLATION OF THE
FLORIDA CONSUMER COLLECTION PRACTICES ACT**

14. Paragraphs 1 through 13 of this Answer are hereby incorporated by reference as though more fully set forth herein.

15. MCM denies the allegations in this paragraph.

16. MCM denies the allegations in this paragraph.

WHEREFORE, Defendant Midland Credit Management, Inc. respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiff; dismiss Plaintiff's Complaint with prejudice; and further award all such other relief, including attorney's fees and costs, as is just and appropriate.

*Demand for Attorney's Fees & Costs*

Admitted in part, denied in part. MCM admits Plaintiff seeks attorney's fees and costs incurred in this matter. MCM denies Plaintiff is entitled to attorney's fees and costs.

### *Demand for Jury Trial*

Admitted in part, denied in part. MCM admits Plaintiff has demanded a trial by jury. MCM denies the existence of triable issues of fact.

WHEREFORE, Defendant Midland Credit Management, Inc. respectfully requests that this Honorable Court enter judgment in its favor and against Plaintiff; dismiss Plaintiff's Complaint with prejudice; and further award all such other relief, including attorney's fees and costs, as is just and appropriate.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By: /s/ *Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
12276 San Jose Blvd.
Suite 720
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: April 24, 2019

## **CERTIFICATE OF SERVICE**

I certify that on April 24, 2019, a true copy of the foregoing document was served as follows:

*By CM/ECF*
Joshua A. Mize, Esq.
Mize Law, PLLC
110 Front Street
Suite 300
Jupiter, FL 33477
jmize@mize.law
*Counsel for Plaintiff*


          **MESSER STRICKLER, LTD.**


By:   */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       FL Bar No. 0120079
       12276 San Jose Blvd.
       Suite 720
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com
       *Counsel for Defendant*

Dated: April 24, 2019